**Order entered June 28, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00781-CV

**MARY LYNN COLLARD, Appellant**

**V.**

**RAYMOND D. NOAH, ET AL., Appellees**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-10142-L**

## ORDER

The Court has before it appellant's June 26, 2013 verified motion to include the record from interlocutory appeal 05-11-1508-CV. The Court **GRANTS** the motion and **DIRECTS** the Clerk of the Court to transfer the clerk's record from case number 05-11-01508-CV, *Mary Lynn Collard v. Raymond D. Noah, et al.*, to this case. The Court also has before it appellant's June 26, 2013 first motion for extension of time regarding filing the clerk's record. The Court **GRANTS** the motion and **ORDERS** appellant to arrange for the clerk's record to be filed within thirty days of the date of this order.

/s/      ELIZABETH LANG-MIERS
JUSTICE